# Stein & Sheidlower, L.L.P.
### ATTORNEYS AT LAW

Howard H. Stein
Eric S. Sheidlower
Gerald Roth *
Robert C. Sambursky
*Also admitted in New Jersey

of Counsel
Mitch Alter
James Birch
Craig D. Zim

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/07

MAY 29 2007
CHAMBERS OF

May 24, 2007

VIA OVERNIGHT MAIL
Hon. William H. Pauley, III
Daniel Patrick Moynihan United State Courthouse
500 Pearl Street
Room 2210
New York, NY 10007

   RE:   United States of America v. Preston Leschins, et al.
         Index #: 07 Civ.3384

Dear Honorable Sir:

   This office is counsel to HSBC Mortgage Corporation (USA), Defendant in the above captioned matter.

   Please allow this letter to serve as our request for an extension of time to serve an answer to the complaint in this matter. Upon information and belief, the complaint herein was served upon my client on April 30, 2007 by service at a local branch. This matter was not referred to my office until recently. The nature of this action is to foreclose upon shares of stock and a proprietary lease by Plaintiff which is currently held by my client as collateral security for a loan given to Defendant Preston Leschins.

   There is currently litigation pending in both the Supreme Court of the State of New York, Bronx County, and Landlord Tenant Court of the City of New York concerning the subject collateral. These issues are being addressed simultaneously with this action.

   No previous request for an extension of time has been made to this Court. The Attorney forth Plaintiff has consented to our request for an extension of time to serve an Answer to June 25, 2007.

Application granted. The deadline to answer is extended to 6/25/07

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/30/07

ONE OLD COUNTRY ROAD · SUITE 113 · CARLE PLACE, NY 11514 · 516-742-1212 · FAX 516-742-6595

PAGE 2
May 24, 2007

    Thank you for your courtesies and consideration in this matter. Please call our office with any questions.

Very truly yours,

Robert Sambursky

cc: Lawrence Fogelman, Esq., attorney for Plaintiff