**AFFIDAVIT OF SERVICE**   **Index #:** 07 CV 3384

**Date Purchased:**   **April 27, 2007**

**Date Filed:** _____

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

**Court Date:** _____

## COUNTY

ATTORNEY(S): Lawrence H. Fogelman AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2719

ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.:

### UNITED STATES OF AMERICA,
vs.
### PRESTON LESCHINS, et al.,

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU          SS.:

_____ELHAM SHATARA_____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On _____April 30, 2007_____ at _____3:02 PM_____

at _____452 Fifth Avenue  New York, NY 10018_____ , deponent served the within

**Summons In A Civil Case and Complaint**

with Index Number _____07 CV 3384_____ , and Date Purchased _____April 27, 2007_____ endorsed thereon,

on: **HSBS Mortgage Corporation (USA) f/k/a Marine Midland Mortgage Corp.** , **Defendant** therein named.

#1 INDIVIDUAL  [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION  [X]   By delivering to and leaving with _____NUSRAI ISLAM - Customer Service Rep._____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON  [ ]   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  [ ]   By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY  [ ]   On _____ , deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SRVC  [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other:

#7 DESCRIPTION  [X]   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex _Female_   Color of skin _Brown_   Color of hair _Brown_   Age _21 - 35 Yrs._   Height _5' 0" - 5' 3"_
Weight _131 - 160 Lbs._   Other Features: _____

#8 WIT. FEES  [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC  [ ]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER  [ ]

Sworn to before me on this _2_ day of _____May, 2007_____

_____   _____
ELHAM SHATARA

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

Server's Lic # 1059412

Invoice•Work Order # 0716878

*Capital Process Servers, Inc. 265 Post Avenue Suite 150,  Westbury, NY 11590 -Tel  516-333-6380 • Fax 516-333-6382*