**AFFIDAVIT OF SERVICE**

Index #: 07 CV 3384
Date Purchased: April 27, 2007
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
COUNTY

ATTORNEY(S): Lawrence H. Fogelman AUSA : U.S. Attorney's Office - SDNY   PH: 212-637-2719
ADDRESS: 86 Chambers Street  New York  N.Y.  10007   File No.:

*UNITED STATES OF AMERICA,*
vs.
*PRESTON LESCHINS, et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

____GERALD  MURRAY____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ____May 8, 2007____ at ____9:58 AM____
at ____2 COLUMBUS AVENUE  UNIT 7A  NEW YORK, NY 10023____, deponent served the within
**Summons In A Civil Case and Complaint**
with Index Number ____07 CV 3384____, and Date Purchased ____April 27, 2007____ endorsed thereon,
on: **PRESTON LESCHINS**, **Defendant** therein named.

#1 INDIVIDUAL  [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION  [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to ____RICHARD - BUILDING DOORMAN____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X]  On ____May 9, 2007____, deponent completed service under the last two sections by depositing a copy of the ____Summons In A Civil Case and Complaint____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

#6 NON-SRVC [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

#7 DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex ____Male____  Color of skin ____White____  Color of hair ____Black/Gra____  Age ____51 - 65 Yrs.____  Height ____5' 9" - 6' 0"____
Weight ____161 - 200 Lbs.____  Other Features: _____

#8 WIT. FEES [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this ____9____ day of ____May, 2007____

*(signature)*
GERALD  MURRAY
Server's Lic # 0872285
Invoice•Work Order # 0716877

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382