

**Preston A. Leschins**
Attorney at Law
888 Seventh Avenue  Suite 300
New York, New York  10106
Tel. No. (212) 247-6000
Tel. No. (212) 265-9582
E-Mail leschins@att.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

June 4, 2007

Hon. William H. Pauley, III
United States District Court
500 Pearl Street  Room 2210
New York, New York  10007-1312

Re:  United States of America v. Leschins, et al. 07 CV 3384 (WHP)

Dear Judge Pauley:

I am one of the defendants in connection with the above captioned civil action for enforcement of an assessment for personal income taxes.  Service upon me was made approximately three (3) weeks ago at which time a copy of the summons and complaint was left with the superintendent of the apartment building in which I reside.

I have been advised, subject to the approval of the court, that AUSA Lawrence H. Fogelman, who is prosecuting this action, has graciously agreed to extend my time to retain counsel and to interpose an answer for an additional thirty (30) days beyond the date upon which my answer is due.

Accordingly, I respectfully request that such approval be granted and that my time to retain counsel and to interpose an answer in this action be extended to June 25, 2007.

Thank you for your kind consideration.

Application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/11/07

Very truly yours,

PRESTON A. LESCHINS, ESQ.

PAL:msk
Cc:  AUSA Lawrence H. Fogelman