AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

PRESTON LESCHINS, HSBS MORTGAGE CORPORATION (USA) P/K/A MARINE MIDLAND MORTGAGE CORP., AND JOHN DOES NOS. 1-10,

    Defendants.

**APPEARANCE**

Case Number: 07 CV 3384 (WHP)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Preston Leschins

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/22/2007 | /s/ Lee J. Mendelson |
| Date | Signature |
| | Lee J. Mendelson     LM-3374 |
| | Print Name     Bar Number |
| | 400 Garden City Plaza |
| | Address |
| | Garden City     NY     11530 |
| | City     State     Zip Code |
| | (516) 873-2000     (516) 873-2010 |
| | Phone Number     Fax Number |