# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

      JOYCE YAKUSH, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside at Westbury, New York.

      On the 22nd day of June 2007, I served a true copy of the annexed APPEARANCE by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below.

TO:    Lawrence H. Fogelman, Esq.
          Assistant United States Attorney
          86 Chambers Street, 3rd Floor
          New York, NY  10007



                                                */s/ Joyce Yakush*
                                                  Joyce Yakush

Sworn to before me this
22nd day of June, 2007

    */s/ Lee J. Mendelson*
        Notary Public

      LEE J. MENDELSON
  Notary Public, State of New York
       No. 02ME5021849
    Qualified in Nassau County
Commission Expires December 27, 2007

F:\Leschins, Preston\Docs\AOS Appearance.Doc