# MHH H
## Moritt Hock Hamroff & Horowitz LLP
ATTORNEYS AT LAW

400 Garden City Plaza   Garden City, New York 11530

(516) 873-2000   Fax (516) 873-2010
www.moritthock.com

Lee J. Mendelson
Of Counsel
NY, NJ, PA & CT Bars
Email: lmendelson@moritthock.com

June 22, 2007

**VIA FEDERAL EXPRESS**

Hon. William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 2210, Courtroom 11D
New York, NY  10007

Application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/25/07

Re:   USA v. Leschins et al.
      No. 07 Civ. 3384 (WHP)

Dear Judge Pauley:

Our office was recently retained by Preston Leschins, one of the Defendants in the above-referenced matter.  We are writing to respectfully request a two week extension of time to appear, answer or otherwise move with respect to the Complaint from June 25, 2007 to July 9, 2007.  This requested extension is by consent of the United States Attorney's Office.  This is the first request for an extension of time made by our office, although we are informed that Mr. Leschins had previously obtained an extension on his own.

Thank you for considering this request.

Respectfully,

Lee J. Mendelson

LJM/jey

cc:   Lawrence H. Fogelman, Assistant United States Attorney

F:\Leschins, Preston\Corres\Hon. Pauley Ltr 6 22 07.Doc

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/26/07]