State of New York   )
                   ss.:
County of New York)

        PRESTON A. LESCHINS, being duly sworn, deposes and says:

        I am one of the defendants in the within action. I have read the foregoing Answer and know the contents thereof; and the same are true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

                                          */s/ Preston A. Leschins*
                                          PRESTON A. LESCHINS

Sworn to before me this
5th day of July, 2007

   */s/ Elise G. Liebowitz*
      NOTARY PUBLIC

    ELISE G. LIEBOWITZ
Notary Public, State of New York
      No. 02L14832276
  Qualified in Queens County
Commission Expires March 30, 2011