## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NASSAU    )

        JOYCE YAKUSH, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside at Westbury, New York.

        On the 6th day of July 2007, I served a true copy of the annexed VERIFIED ANSWER by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below.

TO:    Lawrence H. Fogelman, Esq.
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, NY  10007



*/s/ Joyce Yakush*
Joyce Yakush

Sworn to before me this
6th day of July, 2007

*/s/ Lee J. Mendelson*
Notary Public

LEE J. MENDELSON
Notary Public, State of New York
No. 02ME5021849
Qualified in Nassau County
Commission Expires December 27, 2007