UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA                         :  CASE No.: 07 CV 3384
                                                 :
                     Plaintiff,                  :
                                                 :
           - against -                           :  **DISCLOSURE STATEMENT**
                                                 :  **PURSUANT TO RULE 7.1**
                                                 :
PRESTON LESCHINS, HSBS MORTGAGE                  :  ECF Case
CORPORATION (USA) F/K/A MARINE                   :
MIDLAND MORTGAGE CORP., AND JOHN                 :
DOES NOS. 1-10,                                  :
                                                 :
                     Defendants.                 :
------------------------------------------------X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HSBC Mortgage Corporation (USA) f/k/a Marine Midland Mortgage Corp., by and through its attorneys, Stein & Sheidlower, LLP, states the following:

1.  The nongovernmental corporate party, HSBC Mortgage Corporation (USA) f/k/a Marine Midland Mortgage Corp., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: See Exhibit "A".

Dated:   Carle Place, New York
         July 9, 2007

                                        Yours, etc.

                                        Stein & Sheidlower, L.L.P.
                                        Attorneys for Defendant
                                        HSBC Mortgage Corporation (USA)
                                        f/k/a Marine Midland Mortgage Corp.

                                        By: _/s/ Robert Sambursky_
                                            Robert Sambursky, Esq.
                                            One Old County Road, Ste. 113
                                            Carle Place, New York  11514
                                            (516) 742-1212

EXHIBIT "A"

# HSBC Mortgage Corporation (USA)
## Holding Company Structure



*HSBC Mortgage Corporation (USA) was formerly known as Marine Midland Mortgage Corporation.