**AFFIDAVIT OF MAILING**

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

Lenore Goldfeder, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is a Legal Assistant at Stein & Sheidlower, L.L.P., attorneys for the Defendant herein.

That on June 22, 2007, deponent served the within **VERIFIED ANSWER** upon:

   Michael J. Garcia
   United States Attorney for the
   Southern District of New York
   By:  Lawrence H. Fogelman
   Assistant United States Attorney
   86 Chambers Street, 3rd Floor
   New York, NY 10007

in this action, at the addresses indicated and designated by for that purpose by depositing true copies of same enclosed in a post-paid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                        /s/ Lenore Goldfeder
                                        Lenore Goldfeder

SWORN TO BEFORE ME THIS
22nd day of June, 2007

/s/ Diane Accovelli
Notary Public

Diane Accovelli
Notary Public, State of New York
No.01AC6116401
Qualified in Nassau County
Commission Expires Sept. 27, 2008