USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/07

# Stein & Sheidlower, L.L.P.
### ATTORNEYS AT LAW

Howard H. Stein
Eric S. Sheidlower
Gerald Roth •
Robert C. Sambursky
*Also admitted in New Jersey

of Counsel
Mitch Alter
James Birch
Craig D. Zim



JUN 2 5 2007

June 22, 2007

VIA OVERNIGHT MAIL
Hon. William H. Pauley, III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, NY 10007

Application granted. The Answer is to be filed electronically by 7/16/07.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/5/07

Re: United States of America v. Preston Leschins, et al.
    Index #: 07 CIV 3384

Dear Honorable Sir:

This office is counsel to HSBC Mortgage Corporation (USA), Defendant in the above captioned matter.

Please allow this letter to serve as our request for an extension of time to electronically file our answer to the complaint in this matter.

On or about May 30, 2007, your Honor was kind enough to grant an extension of time to serve an Answer to June 25, 2007. The Answer has been timely served on Plaintiff as a copy of the Answer was sent to Plaintiff's counsel on June 22, 2007 by overnight mail.

However, this office is unable to electronically file the Answer on the ECF system by June 25, 2007. We were under the impression that we would be able to log-in to the ECF system with the username and password currently used by this office to file Bankruptcy pleadings on the ECF system in the Southern District of New York. When we attempted to log-in this morning to electronically file our Answer, we were alerted that a separate username and password is required.

I have been advised that it will not be possible to obtain the username and password before June 25, 2007. The attorney for Plaintiff has consented to a two (2) week extension of time for this office to electronically file our answer. This office will immediately submit the necessary application to obtain the required user-name and password.

PAGE 2
June 22, 2007

    One previous request for an extension of time was made to this Court which extended our time to Answer to June 25, 2007.

    Thank you for your courtesies and cooperation with this matter. If you have any questions, please contact the undersigned.

                        Very truly yours,

                        Robert Sambursky

Encls.

ONE OLD COUNTRY ROAD · SUITE 113 · CARLE PLACE, NY 11514 · 516-742-1212 · FAX 516-742-6595