U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/15/07

JUL 31 2007
CHAMBERS OF
WILLIAM H. PAULEY

86 Chambers Street, 3rd Floor
New York, New York  10007

July 30, 2007

**By Federal Express**
Honorable William H. Pauley III
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

   Re: USA v. Leschins, et al., 07 Civ. 3384 (WHP)

Dear Judge Pauley:

  The Government respectfully requests an adjournment of the initial pretrial conference in the above-referenced matter presently scheduled for August 3, 2007 at 10:45 a.m. I make this request because I will be out of the state taking a deposition in a case where fact discovery concludes on August 16. I have spoken with counsel for defendants Preston Leschins and HSBC Mortgage Corp., and each has consented to an adjournment. Possible Fridays to reschedule the conference that are acceptable to all the parties are August 24, 31, and September 7. This is the Government's first request for an adjournment of the date for the initial pretrial conference.

  Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel.: (212) 637-2719
Fax: (212) 637-2730

Application granted. The conference is adjourned to 8/31/07 at 10:45 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/9/07

cc:    Lee J. Mendelson, Esq. (By Facsimile)
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, N.Y. 11530
Attorney for Preston Leschins
By Facsimile to: 516-873-2010

Robert C. Sambursky, Esq. (By Facsimile)
Stein Wiener & Roth, L.L.P.
One Old Country Road, Suite 113
Carle Place, N.Y. 11514
Attorney for HSBC Mortgage Corp. (USA)
By Facsimile to: 516-742-6595