UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                          :

                      Plaintiff,       :       07 Civ. 3384 (WHP)

          -against-                        :       SCHEDULING ORDER NO. 1

PRESTON LESCHINS, HSBS MORTGAGE         :
CORPORATION (USA) f/k/a MARINE
MIDLAND MORTGAGE CORP., and               :
1-10 JOHN DOES,

                 Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel to the parties having appeared before the Court for an initial pre-trial conference on August 31, 2007, the following schedule is established on consent:

1. All discovery is to be completed by November 30, 2007;

2. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by December 21, 2007;

3. A final pre-trial conference will be held on January 4, 2007 at 11:00 a.m.; and

4. No extensions to these deadlines will be granted.

Dated:    August 31, 2007
         New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

*Counsel of Record*:

Lawrence H. Fogelman, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
*Counsel for Plaintiff*

Lee Jeffrey Mendelson, Esq.
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530
*Counsel for Defendant Preston Leschins*

Robert C. Sambursky, Esq.
Stein & Sheidlower, L.L.P.
1 Old Country Rd.
Carle Place, NY 11514
*Counsel for Defendant HSBS Mortgage Corporation (USA)*