

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

NOV 26 2007
CHAMBERS OF

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 23, 2007

**By Federal Express**

Honorable William H. Pauley III
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

ELECTRONICALLY FILED
12/4/2007

      Re:    <u>USA v. Leschins, et al.</u>, 07 Civ. 3384 (WHP)

Dear Judge Pauley:

      I write respectfully to request a telephonic discovery conference in the above-referenced action seeking to reduce to judgment an assessment of the federal tax liabilities of defendant Preston Leschins ("Leschins"), and to foreclose on tax liens upon an apartment owned by Leschins. Discovery concludes in this case on November 30, 2007. To date, Leschins has (i) failed to serve initial disclosures in this matter, and (ii) failed to respond to the Government's interrogatory and document requests that the Government served on October 9, 2007. The Government sent Leschins' counsel a letter dated November 16, 2007, regarding his failure to respond to discovery, and to date the Government has not received a response from Leschins' counsel. I attach a copy of this letter as Exhibit A.

      The Government noticed Leschins' deposition for Wednesday, November 28, 2007, but would like to adjourn this deposition date until such time as Leschins produces both initial disclosures and the Government's discovery requests with sufficient time for the Government to review these responses prior to his deposition.

Application granted. The Court will hold a telephonic conference on November 30, 2007 at 12:45 p.m. The deposition is adjourned until a date to be determined at the conference. Counsel for the government is directed to call the Court at the appointed time with all parties on the line.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
11/30/2007

Thank you for your consideration of these matters.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel.: (212) 637-2719
Fax: (212) 637-2730

cc:   Lee J. Mendelson, Esq. (By Federal Express)
    Moritt Hock Hamroff & Horowitz LLP
    400 Garden City Plaza
    Garden City, N.Y. 11530
    Attorney for Preston Leschins

    Robert C. Sambursky, Esq. (By Federal Express)
    Stein Wiener & Roth, L.L.P.
    One Old Country Road, Suite 113
    Carle Place, N.Y. 11514
    Attorney for HSBC Mortgage Corp. (USA)