

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 29, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2007

**By Facsimile**

Honorable William H. Pauley III
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

    Re:    <u>USA v. Leschins, et al.</u>, 07 Civ. 3384 (WHP)

Dear Judge Pauley:

    I write on behalf of the parties to request a brief extension of the discovery schedule from November 30, 2007, until December 17, 2007, and a cancellation of the discovery conference scheduled for November 30, 2007 at 12:45 p.m. which was scheduled at the request of the Government. This request for an extension of time will not alter the other deadlines in this case including a joint pre-trial order due December 21, 2007 and a final pre-trial conference scheduled for January 4, 2008 at 11:00 a.m.

    As the Court will remember, the Government requested the discovery conference because defendant Preston Leschins failed to respond to discovery requests in this case. However, Mr. Leschins produced responses to the Government's interrogatories and document requests this week, and indicated that additional documents would be produced shortly. Accordingly, the Government has agreed to adjourn the deposition of Mr. Leschins until December 17, 2007, in order to allow Mr. Leschins to complete his production and provide the Government sufficient time to review these materials before taking his deposition. We are also requesting until December 17, 2007 to conduct the deposition because the undersigned attorney has four depositions scheduled over the next two weeks in other cases, including two in Kansas City.

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/30/2007

Thank you for your consideration of this matter.

>Respectfully,
>
>MICHAEL J. GARCIA
>United States Attorney
>
>By: _____
>LAWRENCE H. FOGELMAN
>Assistant United States Attorney
>Tel.: (212) 637-2719
>Fax: (212) 637-2730

cc:   Lee J. Mendelson, Esq. (By Facsimile)
      Moritt Hock Hamroff & Horowitz LLP
      400 Garden City Plaza
      Garden City, N.Y. 11530
      Attorney for Preston Leschins

      Robert C. Sambursky, Esq. (By Facsimile)
      Stein Wiener & Roth, L.L.P.
      One Old Country Road, Suite 113
      Carle Place, N.Y. 11514
      Attorney for HSBC Mortgage Corp. (USA)