

# Moritt Hock Hamroff & Horowitz LLP

### ATTORNEYS AT LAW

400 Garden City Plaza   Garden City, New York 11530

Lee J. Mendelson
Of Counsel
NY, NJ, PA & CT Bars
Email: lmendelson@moritthock.com

(516) 873-2000   Fax (516) 873-2010
www.moritthock.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07
```

December 20, 2007

**VIA FACSIMILE**

Hon. William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 2210, Courtroom 11D
New York, NY 10007

    Re:   USA v. Leschins et al.
             No. 07 Civ. 3384 (WHP)

Dear Judge Pauley:

    I write on behalf of the parties to request a brief extension of the deadline to file a joint pretrial order currently due on December 21, 2007 to December 28, 2007. This request for an extension of time will not alter the other deadlines in this case, including a final pretrial conference scheduled for January 4, 2008 at 11:00 a.m.

    A deposition of the Plaintiff occurred on December 17, 2007. During the course of the deposition, certain additional documents that were identified at the deposition were requested by the government of the Defendant who is currently in the process of assembling those documents.

    Accordingly, the parties have requested this brief adjournment in order to finalize the joint pretrial order.

    Thank you for considering this request.

Respectfully,

Lee J. Mendelson

LJM/jey

cc:   Lawrence H. Fogelman, Esq. (via facsimile)
       Robert C. Sambursky, Esq. (via facsimile)

F:\Leschins, Preston\Corres\Hon. Pauley Ltr 12 20 07.Doc

Application Granted.
**SO ORDERED:**

WILLIAM H. PAULEY III  U.S.D.J.
12/21/07