

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



DEC 2 8 2007

*86 Chambers Street, 3rd Floor*
*New York, New York  10007*

December 27, 2007

**By Federal Express**

Honorable William H. Pauley III
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08
```

      Re:    USA v. Leschins, et al., 07 Civ. 3384 (WHP)

Dear Judge Pauley:

      I write on behalf of the parties in the above-referenced action to request an extension of the time to submit a pretrial order and an adjournment of the pretrial conference until a date after the pretrial order is submitted.  Specifically, the parties respectfully request an extension of time to submit a pretrial order from December 28, 2007, until January 31, 2008, and an adjournment of the pretrial conference presently scheduled for January 4, 2008, until February 8, 2008, or another date that is convenient to the Court.

      The Government has brought the above-referenced lawsuit seeking to reduce to judgment an assessment of the federal tax liabilities of defendant Preston Leschins ("Leschins") and to foreclose on tax liens upon an apartment owned by Leschins.  The parties make these extension requests for two reasons.  First, during the deposition of Leschins conducted on December 17, 2007, the Government requested additional documents from the defendant, including bank records that have not yet been produced but that will be produced today by Leschins' counsel via Federal Express.  The Government needs an opportunity to review these materials to determine which documents to list as trial exhibits on the pretrial order.  Second, this additional time would provide the parties an opportunity to explore the possibility of settlement. Defendant's attorney has submitted a written offer of settlement that the Internal Revenue Service is currently evaluating.

*Application Granted. The parties will submit a joint pre-trial order by January 31, 2008. The final pre-trial conference is adjourned to February 8, 2008 at 12:15 p.m.*

**SO ORDERED:**

_____
**WILLIAM H. PAULEY III U.S.D.J.**

1/8/08

Thank you for your consideration of these requests.

> Respectfully,
>
> MICHAEL J. GARCIA
> United States Attorney

By: _____
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel.: (212) 637-2719
Fax: (212) 637-2730

cc: Lee J. Mendelson, Esq. (By Facsimile)
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, N.Y. 11530
Attorney for Preston Leschins

Robert C. Sambursky, Esq. (By Facsimile)
Stein Wiener & Roth, L.L.P.
One Old Country Road, Suite 113
Carle Place, N.Y. 11514
Attorney for HSBC Mortgage Corp. (USA)