USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,                   :

                     Plaintiff,     :     07 Civ. 3384 (WHP)

          -against-              :     <u>SCHEDULING ORDER NO. 2</u>

PRESTON LESCHINS, HSBS MORTGAGE     :
CORPORATION (USA) f/k/a MARINE
MIDLAND MORTGAGE CORP., and         :
1-10 JOHN DOES,
                                     :
                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel to the parties having requested an extension to the schedule in this action, the following schedule is established on consent:

       1. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by February 22, 2008;

       2. A final pre-trial conference will be held on March 7, 2008 at 12:15 p.m.; and

       3. No further extensions to these deadlines will be granted.

Dated:   February 4, 2008
           New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of Record*:

Lawrence H. Fogelman, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
*Counsel for Plaintiff*

Lee Jeffrey Mendelson, Esq.
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530
*Counsel for Defendant Preston Leschins*

Robert C. Sambursky, Esq.
Stein & Sheidlower, L.L.P.
1 Old Country Rd.
Carle Place, NY 11514
*Counsel for Defendant HSBS Mortgage Corporation (USA)*