UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
USA
                     Plaintiff(s),

- against -

Leschins et al.
                     Defendant(s).
------------------------------------------------- x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 3384 (WHP)(JCF)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s) Lawrence H. Fogelman
Address US Attorney's Office
Telephone 86 Chambers Street, 3rd Floor
New York, N.Y. 10007
212-637-2719

Attorney(s) for Defendant(s) HSBC Mortgage
Address One Old Country Rd #113
Carle Place N.Y. 11514
Telephone 516-742-6161

Attorney(s) for _____
Address
Telephone

Attorney(s) for Defendant Leschin
Address 400 Garden City Plaza, Garden City NY 11530
Telephone 516 873-2000

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

IH-30