UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
UNITED STATES OF AMERICA,            : 07 Civ. 3384 (JCF)
                                     :
              Plaintiff,             : O R D E R
                                     :
      - against -                    :
                                     :
PRESTON LESCHINS, HSBS MORTGAGE      :
CORPORATION (USA) f/k/a MARINE       :
MIDLAND MORTGAGE CORP., and          :
1-10 JOHN DOES,                      :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

Counsel having represented that this case has been settled, it is hereby ORDERED as follows:

1. All claims, counterclaims, and cross-claims are dismissed with prejudice and without costs to any party.

2. If settlement is not consummated within thirty days of the date of this order, any party may apply to have the action restored to the Court's active docket.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 17, 2008

Copies mailed this date:

Lawrence Fogelman, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

1

Lee J. Mendelson, Esq
Morin Hock Hamroff & Horowitz HHP
400 Garden City Plaza, Suite 202
Garden City, New York 11530

Robert C. Sambursky, Esq.
Stein & Sheidlower LLP
1 Old Country Road
Carle Place, New York 11514