```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

United States
Southern District of New York

66 Chambers Street, 3rd Floor
New York, New York 10007

May 14, 2008

**By Federal Express**
Honorable James C. Francis
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

**MEMO ENDORSED**

Re:  USA v. Leschins, et al., 07 Civ. 3384 (JCF)

Dear Judge Francis:

By order dated April 17, 2008, the Court dismissed the case and provided that "[i]f settlement is not consummated within thirty days of the date of this order, any party may apply to have the action restored to the Court's active docket." The parties are in the process of drafting a consent judgment, and respectfully request an additional two weeks to do so, such that the parties would have up to and including June 2, 2008 to either submit a consent judgment or request that the Court restore the action to the Court's active docket. This additional time is required because of the complexity of the agreement and in order to provide sufficient time for both parties to review and approve of the consent judgment.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel.: (212) 637-2719
Fax: (212) 637-2730

5/14/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

cc: Lee J. Mendelson, Esq. (By Facsimile)
  Moritt Hock Hamroff & Horowitz LLP
  400 Garden City Plaza
  Garden City, N.Y. 11530
  Attorney for Preston Leschins

  Robert C. Sambursky, Esq. (By Facsimile)
  Stein Wiener & Roth, L.L.P.
  One Old Country Road, Suite 113
  Carle Place, N.Y. 11514
  Attorney for HSBC Mortgage Corp. (USA)

TOTAL P.03