```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 5/30/08         │
└─────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

May 30, 2008

**By Federal Express**
Honorable James C. Francis
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

**MEMO ENDORSED**

Re:   USA v. Leschins, et al., 07 Civ. 3384 (JCF)

Dear Judge Francis:

     I write respectfully to request a one-week extension of the time for the Government to restore the above-referenced case to the Court's active docket, from June 2, 2008 up until and including June 9, 2008. The Government has received comments to its proposed stipulation and order of settlement from defendants, and requires this additional week to finalize negotiations on the terms of the settlement. Defendants consent to this request. The Court previously granted a similar request for a two week extension of time, through June 2, 2008, to allow the parties to complete this process.

     Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel.: (212) 637-2719
Fax: (212) 637-2730

5/30/08
Application granted.
SO ORDERED.

James C. Francis IV
USMJ

cc:   Lee J. Mendelson, Esq. (By Facsimile)
      Moritt Hock Hamroff & Horowitz LLP
      400 Garden City Plaza
      Garden City, N.Y. 11530
      Attorney for Preston Leschins

      Robert C. Sambursky, Esq. (By Facsimile)
      Stein Wiener & Roth, L.L.P.
      One Old Country Road, Suite 113
      Carle Place, N.Y. 11514
      Attorney for HSBC Mortgage Corp. (USA)