

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

June 9, 2008

**By Facsimile**
Honorable James C. Francis
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

**MEMO ENDORSED**

Re:   USA v. Leschins, et al., 07 Civ. 3384 (JCF)

Dear Judge Francis:

    I write respectfully to request one additional week to finalize the stipulation and order of settlement and consent judgment in the above referenced case, such that the parties would have up to and including June 16, 2008 to either submit a consent judgment or request that the Court restore the action to the Court's active docket. The parties now have an agreement in principle and this additional time is requested in order to obtain the signatures of the parties. Defendant Preston Leschins is unavailable at present because of the Jewish holiday of Shavuot. I also make this request because the undersigned attorney had to devote significant time to respond to a request for a temporary restraining order filed last week in an unrelated case.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  _____
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel.: (212) 637-2719
Fax: (212) 637-2730

*6/10/08*
*Application granted.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*