UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        Plaintiff,

- against -

PRESTON LESCHINS, HSBS MORTGAGE
CORPORATION (USA) F/K/A MARINE
MIDLAND MORTGAGE CORP., AND JOHN
DOES NOS. 1-10,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

**JUDGMENT**

07 Civ. 3384 (JCF)

ECF Case

# 08/1053

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the United States of America is awarded judgment against defendant Preston A. Leschins for unpaid federal income taxes for the tax years 1992, 1993, 1994, 1995, 1997, 1998, 1999, 2000, 2002, 2003, 2004, and 2005, in the total amount, including interest, penalties and statutory additions computed to March 15, 2007, of $905,750.49, and any interest, penalties, and statutory additions accruing thereafter up to the date that full payment is made, and that the United States of America have execution therefor.

The federal tax liens that arose with the unpaid tax assessments against Leschins and attached to all of his right to property, including the Property, are hereby foreclosed. Upon application of the United States, the Property shall be sold by an officer of this Court, free and clear of any of the rights, titles, claims, or interests of any of the parties to this action, with the net proceeds after the expenses of sale and the claims of any superior secured interest to be paid to the United States for application to the unpaid income taxes of Leschins for the years 1992, 1993, 1994, 1995, 1997, 1998, 1999, 2000, 2002, 2003, 2004, and 2005.

Dated: New York, New York
       June 17, 2008

_S. Michael McMahon_
**Clerk of Court**

So Ordered:

_James C. Francis IV_
Hon. James C. Francis IV
United States Magistrate Judge

By: _[signature]_
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____